days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1593.  IN RE DISBARMENT OF McLENITHAN.  Richard E. McLenithan, of Hudson Falls, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1594.  IN RE DISBARMENT OF EBERHART.  David Cleon Eberhart III, of Spring Hill, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1595.  IN RE DISBARMENT OF EDELMAN.  Irving Edelman, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1596.  IN RE DISBARMENT OF GREENBERG.  Alan Graham Greenberg, of Minnetonka, Minn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1597.  IN RE DISBARMENT OF WOLLMAN.  John Henry Wollman, of West Chester, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1598.  IN RE DISBARMENT OF SIGNORE.  Stephen Romer Signore, Jr., of Ambler, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1599.  IN RE DISBARMENT OF WEISGERBER.  Robert Glenn Weisgerber, of Black Mountain, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.